O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAW OFFICE OF AMIR SOLEIMANIAN; AMIR SOLEIMANIAN (an individual) dba MR. TICKET,<br><br>            Plaintiff,<br><br>    v.<br><br>LAW OFFICES OF KRISTINA WILDEVELD, KRISTINA WILDEVELD,ESQ. (an individual), dba MR. TICKET,<br><br>            Defendants.<br>_____ | Case No. CV 12-02564 DDP (RZx)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PERSONAL JURISDICTION** |

It is not clear to the court that it has personal jurisdiction over Defendants. According to Plaintiffs' Complaint, Defendant Law Offices of Kristina Wildeveld is a law firm doing business in Las Vegas, Nevada. Plaintiffs further allege that Defendant Kristina Weldeveld, Esq. is a licensed attorney in California and Nevada. Plaintiffs fail to allege, however, whether Defendants conduct any business in California or have other contacts sufficient to establish personal jurisdiction.

///

        The parties are therefore ordered to file cross-briefs, not to exceed five pages, by no later than Monday, July 2, 2012, to show cause why this action should not be dismissed for lack of personal jurisdiction.  The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  If a party does not file a brief, the court will regard the party as not opposing dismissal of this matter.

IT IS SO ORDERED.

Dated: June 21, 2012

                              DEAN D. PREGERSON
                              United States District Judge