O

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAW OFFICE OF AMIR SOLEIMANIAN; AMIR SOLEIMANIAN (an individual) dba MR. TICKET, | ) ) ) ) | Case No. CV 12-02564 DDP (RZx) |
| | ) | **ORDER TO SHOW CAUSE WHY THIS CASE** |
| Plaintiff, | ) | **SHOULD NOT BE DISMISSED FOR LACK** |
| | ) | **OF PERSONAL JURISDICTION** |
| v. | ) ) | |
| LAW OFFICES OF KRISTINA WILDEVELD, KRISTINA WILDEVELD,ESQ. (an individual), dba MR. TICKET, | ) ) ) ) ) | |
| Defendants. | ) ) | |

It is not clear to the court that it has personal jurisdiction over Defendants.  According to Plaintiffs' Complaint, Defendant Law Offices of Kristina Wildeveld is a law firm doing business in Las Vegas, Nevada.  Plaintiffs further allege that Defendant Kristina Weldeveld, Esq. is a licensed attorney in California and Nevada. Plaintiffs fail to allege, however, whether Defendants conduct any business in California or have other contacts sufficient to establish personal jurisdiction.

///

1       The parties are therefore ordered to file cross-briefs, not to

2  exceed five pages, by no later than Monday, July 2, 2012, to show

3  cause why this action should not be dismissed for lack of personal

4  jurisdiction.  The parties should also deliver a courtesy copy to

5  chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los

6  Angeles.  If a party does not file a brief, the court will regard

7  the party as not opposing dismissal of this matter.

8

9  IT IS SO ORDERED.

10

11

12  Dated:June 21, 2012

                                    DEAN D. PREGERSON
13                                  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28